KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
TAMARA BEATTY PETERSON, ESQ., Nevada Bar No. 5218
tpeterson@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

DAVID J.J. ROGER, ESQ., Nevada Bar No. 2781
District Attorney
E. LEE THOMSON, ESQ., Nevada Bar No. 1057
Chief Deputy District Attorney
CIVIL DIVISION
500 South Grand Central Parkway, 5th Floor
P.O. Box 552215
Las Vegas, Nevada 89155-2215
Telephone: 702.455.4761
Facsimile: 702.382.5178

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; ALAN SCHLANK; BILLIE RUTH SCHLANK; JOYCE PRATT; and MARK ADREON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY BOARD OF COMMISSIONERS; and CLARK COUNTY DEPARTMENT OF AVIATION d/b/a McCARRAN INTERNATIONAL AIRPORT,<br><br>Defendants. | CASE NO.: 2:11-cv-00474-LDG-PAL<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO DISMISS COMPLAINT (DKT. NO. 24); DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION TO DISMISS COMPLAINT (DKT. NO. 25); AND DEFENDANTS' MOTION TO EXCEED PAGE LIMIT (DKT. NO. 26); STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE (FIRST REQUEST)** |

Defendants Clark County, Nevada, Clark County Board of County Commissioners, and

the Clark County Department of Aviation d/b/a McCarran (collectively the "County"), by and

1

1  through their attorneys of record the law firm of Brownstein Hyatt Farber Schreck LLP and the
2  Clark County District Attorney's Office, and Plaintiffs National Federation of the Blind, Alan
3  Schlank, Billie Ruth Schlank, Joyce Pratt, and Mark Adreon (collectively the "NFB Plaintiffs"),
4  by and through their attorneys of record Alverson Taylor Mortensen & Sanders, Disability Rights
5  Advocates, and Brown Goldstein & Levy LLP, hereby stipulate as follows:

1. WHEREAS the County filed its Motion to Dismiss Complaint (Dkt. No. 24) ("Motion to Dismiss") on April 25, 2011.

2. WHEREAS the County filed its Motion for Leave to File Supplement to Motion to Dismiss Complaint (Dkt No. 25) ("Motion to Supplement") on April 29, 2011, which included Exhibit "A" - "Proposed Supplement to Motion to Dismiss Complaint" ("County's Supplement").

3. WHEREAS the County also filed its Motion to Exceed Page Limit (Dkt. No. 26) ("Motion to Exceed Limit") on April 29, 2011.

4. WHEREAS the County and the NFB Plaintiffs agree that the County's Motion to Supplement should be granted by the Court such that the County's Supplement should be included and considered as part of the County's Motion to Dismiss.

5. WHEREAS the County and the NFB Plaintiffs agree that the County's Motion to Exceed Limit should be granted by the Court because the County was justified in exceeding Local Rule 7-4's page limit.

6. WHEREAS the County and the NFB Plaintiffs agree that the NFB shall have additional time than that provided in Local Rule 7-2(d) to file a consolidated opposition brief to the County's Motion to Dismiss, which includes the County's Supplement.  The County and the NFB Plaintiffs agree that NFB Plaintiffs will file one consolidated opposition brief on or before **June 7, 2011**.

7. WHEREAS the County and the NFB Plaintiffs agree that the NFB Plaintiffs may file their own motion to exceed the page limit in Local Rule 7-4  with regard to their consolidated opposition brief.

8. WHEREAS the County and the NFB Plaintiffs agree that the County shall file one consolidated reply brief in support of the County's Motion to Dismiss, which now includes

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

1  the County's Supplement, and this consolidated reply brief shall be filed on or before **June 28, 2011.**

2  9. WHEREAS the County and the NFB Plaintiffs agree that the NFB Plaintiffs shall have up to and including **May 23, 2011**, to amend their Complaint.

3  10. WHEREAS the County and the NFB Plaintiffs agree on and approve the form and content of the Proposed Order which follows this Stipulation.

Dated this 11th of May, 2011.

| /s/ Tamara Beatty Peterson | /s/ Eric K. Taylor |
|---|---|
| KIRK B. LENHARD, ESQ., | ERIC K. TAYLOR, ESQ. |
| Nevada Bar No. 1437 | Nevada Bar No. 2275 |
| klenhard@bhfs.com | etaylor@alversontaylor.com |
| TAMARA BEATTY PETERSON, ESQ., | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| Nevada Bar No. 5218 | 7401 W. Charleston Blvd. |
| tpeterson@bhfs.com | Las Vegas, Nevada 89117-1401 |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | Telephone: 702.384.7000 |
| 100 North City Parkway, Suite 1600 | Facsimile: 702.385.7000 |
| Las Vegas, Nevada 89106 | |
| Telephone: 702.382.2101 | |
| Facsimile: 702.382.8135 | |

| /s/ Laurence W. Paradis | /s/ Gregory P. Care |
|---|---|
| LAURENCE W. PARADIS, ESQ. | DANIEL F. GOLDSTEIN, ESQ. |
| *(Pro Hac Vice)* | *(Pro Hac Vice)* |
| lparadis@dralegal.org | dfg@browngold.com |
| KEVIN KNESTRICK, ESQ. | GREGORY P. CARE, ESQ. |
| *(Pro Hac Vice)* | *(Pro Hac Vice)* |
| kknestrick@dralegal.org | gpc@browngold.com |
| KARLA GILBRIDE, ESQ. | TIMOTHY R. ELDER, ESQ. |
| *(Pro Hac Vice)* | *(Pro Hac Vice)* |
| kgilbride@dralegal.org | telder@browngold.com |
| DISABILITY RIGHTS ADVOCATES | BROWN, GOLDSTEIN & LEVY, LLP |
| 2001 Center Street, Third Floor | 120 East Baltimore Street, Suite 1700 |
| Berkeley, California 94704 | Baltimore, Maryland 21202 |
| Telephone: 510.665.8644 | Telephone: 410.962.1030 |
| Facsimile: 510.665.8511 | Facsimile: 410.385.0869 |

**Order**

Having reviewed the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that "Motion for Leave to File Supplement to Motion to Dismiss Complaint (Dkt No. 25) and Motion to Exceed Page Limit (Dkt. No. 26) are hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the County's "Proposed Supplement to Motion to Dismiss Complaint" (Dkt. No. 25, Ex. A) ("County's Supplement") shall now be deemed as a supplement and, thus, part of the County's Motion to Dismiss Complaint (Dkt. No. 24).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the County's Motion to Dismiss Complaint (Dkt. No. 24), which now includes the County's Supplement, is permitted to exceed the page limit provided for in Local Rule 7-4.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the NFB Plaintiffs shall file one consolidated opposition brief to the County's Motion to Dismiss, and the County's Supplement thereto, on or before **June 7, 2011**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the County shall file one consolidated reply brief in support of the County's Motion to Dismiss, and supplement thereto, on or before **June 28, 2011.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the NFB Plaintiffs shall have up to and including **May 23, 2011**, to amend their Complaint.

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 13 May 2011