KIRK B. LENHARD, Nevada Bar No. 1437
klenhard@bhfs.com
TAMARA BEATTY PETERSON, Nevada Bar No. 5218
tpeterson@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

DAVID J.J. ROGER, ESQ., Nevada Bar No. 2781
District Attorney
E. LEE THOMSON, ESQ., Nevada Bar No. 1057
Chief Deputy District Attorney
CIVIL DIVISION
500 South Grand Central Parkway, 5th Floor
P.O. Box 552215
Las Vegas, Nevada 89155-2215
Telephone: 702.455.4761
Facsimile: 702.382.5178

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; ALAN SCHLANK; BILLIE RUTH SCHLANK; JOYCE PRATT; MARK ADREON, AND MICHAEL MAY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY BOARD OF COMMISSIONERS; and CLARK COUNTY DEPARTMENT OF AVIATION d/b/a McCARRAN INTERNATIONAL AIRPORT,<br><br>Defendants. | CASE NO.: 2:11-cv-00474-LDG-PAL<br><br><br>**Order Granting Motion to Exceed Local Rule 7-4 Page Limit For Reply In Support of Motion to Dismiss** |

Presently before this Court is the Motion to Exceed Local Rule 7-4 Page Limit For Reply In Support of Motion to Dismiss, filed by Defendants Clark County, Nevada, Clark County Board of County Commissioners, and the Clark County Department of Aviation d/b/a McCarran (collectively the "County").

1

Having considered the filing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the County's Motion to Exceed Local Rule 7-4 Page Limit For Reply In Support of Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

DATED this __1__ day of ~~June~~ July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Kirk B. Lenhard
KIRK B. LENHARD, Bar No. 1437
TAMARA BEATTY PETERSON, Bar No. 5218
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135