UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, *et al.*,<br><br>Defendants. | 2:11-cv-00474-LDG-CWH<br><br>ORDER<br><br>Withdrawal of Counsel (#39) |

This matter is before the Court on Plaintiffs' counsel Eve L. Hill's Motion for Withdrawal of Counsel (#39). Having reviewed the stipulation, the Court finds that requirements of LR IA 10-6 have been met. Although Ms. Hill is leaving her current firm Brown, Goldstein & Levy, the firm will continue to represent Plaintiffs in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' counsel Eve L. Hill's Motion for Withdrawal of Counsel (#39) is **granted**.

DATED this 29th day of August, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge