1
2
3
4  UNITED STATES DISTRICT COURT
5  DISTRICT OF NEVADA
6  * * *
7  NATIONAL FEDERATION                )
   OF THE BLIND, *et al.*,             )      2:11-cv-00474-LDG-CWH
8                                      )
                        Plaintiffs,    )      ORDER
9                                      )
   vs.                                 )      Withdrawal of Counsel (#39)
10                                     )
   CLARK COUNTY, NEVADA, *et al.*,     )
11                                     )
                        Defendants.    )
12 _____ )

13      This matter is before the Court on Plaintiffs' counsel Timothy R. Elder's Motion to

14 Withdrawal as Counsel (#41), filed September 12, 2011.  Having reviewed the stipulation, the

15 Court finds that requirements of LR IA 10-6 have been met.  Although Mr. Elder is leaving his

16 position at the firm Brown, Goldstein & Levy, the firm will continue to represent Plaintiffs in

17 this matter.  Accordingly,

18      **IT IS HEREBY ORDERED** that  Plaintiffs' counsel Timothy R. Elder's Motion to

19 Withdrawal as Counsel (#41) is **granted**.

20      DATED this 13th day of September, 2011.

21

22      _____
        C.W. Hoffman, Jr.
23      United States Magistrate Judge

24
25
26
27
28