UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*, | 2:11-cv-00474-LDG-CWH |
| Plaintiffs, | ORDER |
| vs. | Withdrawal of Counsel (#39) |
| CLARK COUNTY, NEVADA, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiffs' counsel Timothy R. Elder's Motion to Withdrawal as Counsel (#41), filed September 12, 2011. Having reviewed the stipulation, the Court finds that requirements of LR IA 10-6 have been met. Although Mr. Elder is leaving his position at the firm Brown, Goldstein & Levy, the firm will continue to represent Plaintiffs in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' counsel Timothy R. Elder's Motion to Withdrawal as Counsel (#41) is **granted**.

DATED this 13th day of September, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge