UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY, NEVADA, *et al.*, <br><br> Defendants. | 2:11-cv-00474-LDG-CWH <br><br> <u>ORDER</u> <br><br> Withdrawal of Counsel (#56) |

This matter is before the Court on Plaintiffs' counsel's Motion to Withdraw as Counsel (#56), filed May 10, 2012. Having reviewed the stipulation, the Court finds that requirements of LR IA 10-6 have been met. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' counsel's Motion to Withdraw as Counsel (#56) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove attorney Nate N. Nelson from the CM/ECF service list.

DATED this 11th day of May, 2012.

C.W. Hoffman, Jr.
United States Magistrate Judge