# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and ALAN SCHLANK, BILLIE RUTH SCHLANK, JOYCE PRATT, MARK ADREON, and MICHAEL MAY, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY BOARD OF COMMISSIONERS; and CLARK COUNTY DEPARTMENT OF AVIATION d/b/a MCCARRAN INTERNATIONAL AIRPORT,<br><br>　　　　Defendants. | Case No. 2:11-cv-0474-LDG-CWH<br><br>**ORDER** |

　　　　Given the court's ruling on the motion to dismiss the amended complaint (#47), and the magistrate judge's management of discovery matters affected by it,

　　　　THE COURT HEREBY ORDERS that plaintiffs' objections to the magistrate judge's staying discovery (#72) are DENIED.

DATED this 27 day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Lloyd D. George
　　　　　　　　　　　　　　　　　　　　　　　　　　Lloyd D. George
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge